# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:07CR69-14

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **DENNIS CLARY** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the court upon the direction of the district court, which has, *sua sponte*, determined that the court's Plea Deadline should be dissolved in this particular matter and has directed entry of this Order.

## ORDER

      **IT IS, THEREFORE, ORDERED** that the court's Plea Deadline is **DISSOLVED**.


_____

Dennis L. Howell
United States Magistrate Judge


Signed: November 13, 2007